```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
GMA ACCESSORIES, INC.,                                                  :
                                                                        :
                        Plaintiff,                                      :
                                                                        :           20-CV-11126 (JPC)
        -v-                                                             :
                                                                        :           ORDER
HMY JEWELRY, INC.,                                                      :
                                                                        :
                        Defendant.                                      :
                                                                        :
------------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On February 2, 2021, the Court held a conference pursuant to Local Rule 37.2 to discuss Plaintiff's request for expedited discovery. (*See* Dkt. 14.) During that conference, the Court ordered Defendant to produce certain sales information by February 9, 2021, and ordered the parties to produce their initial disclosures by February 17, 2021. The Court also adopted the parties' proposed Case Management Plan. (Dkt. 23.) In light of this, it is hereby ORDERED that the Initial Pretrial Conference scheduled for March 23, 2021 is ADJOURNED *sine die*.

The Clerk of the Court is respectfully directed to terminate the motions pending at docket numbers 14 and 18.

SO ORDERED.

Dated: February 4, 2021
       New York, New York                               _____
                                                              JOHN P. CRONAN
                                                         United States District Judge