UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
GMA ACCESSORIES, INC.,

                Plaintiff,

                20-CV-11126 (JPC)

   -v-

                ORDER

HMY JEWELRY, INC.,

                Defendant.
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        On April 20, 2021, the Court held a conference to discuss various letters filed by the parties. *See* Dkts. 39, 40, 41, 44, 46. During that conference, the Court directed the parties to submit additional briefing on issue of whether Defendant's communications with its customers, Ross and Burlington, are privileged under the common interest doctrine. The Court is now in receipt of Defendant's letter, dated April 27, 2021, Dkt. 48, and Plaintiff's response, dated April 29, 2021, Dkt. 49.

        By no later than May 5, 2021, Defendant is directed to provide the Court with both the indemnification agreements mentioned in its April 27, 2021 letter and the communications it claims are protected by the common interest doctrine. The Court will conduct an *in camera* review of these documents. These documents may be submitted via email to CronanNYSDChambers@nysd.uscourts.gov.

        SO ORDERED.

Dated: April 29, 2021
       New York, New York

                                               JOHN P. CRONAN
                                               United States District Judge