```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
GMA ACCESSORIES, INC.,                                           :
                                                                 :
                          Plaintiff,                             :
                                                                 :      20 Civ. 11126 (JPC)
          -v-                                                    :
                                                                 :              ORDER
HMY JEWELRY, INC.,                                               :
                                                                 :
                          Defendant.                             :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On June 10, 2021, the Court held a conference to discuss the parties' proposed judgment. The Court will endorse the proposed judgment, with the modification agreed upon by the parties during the June 10 conference, in a separately docketed Order. The transcript of that conference shall remain under seal for thirty days to allow the parties to determine if any redactions are necessary. Any application to maintain the transcript in redacted form shall be made by July 9, 2021.

SO ORDERED.

Dated: June 10, 2021
       New York, New York                         _____
                                                        JOHN P. CRONAN
                                                  United States District Judge