UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GMA ACCESSORIES, INC.,

                                Plaintiff,

- against -

HMY JEWELRY, INC.,

                                Defendant.
------------------------------------------------------------X

Civil Action No.: 20CV11126(JPC)

**<u>FINAL JUDGMENT</u>**

      Plaintiff GMA Accessories, Inc. having filed a Second Amended Complaint on February 24, 2021 against Defendant HMY Jewelry, Inc. asserting claims for copyright infringement under the U.S. Copyright Act, 17 U.S.C. § 101 *et seq.*, and for trademark infringement under the U.S. Trademark Act of 1946, 15 U.S.C. § 1051 *et seq.*, and Defendant having filed an Answer on March 11, 2021 denying Plaintiff's claims; and the parties, having agreed upon a resolution of this matter prior to a trial on the merits without any admission of liability, and having entered into a Settlement Agreement for that purpose; and such Settlement Agreement providing for, *inter alia*, the entry of a Final Judgment on Consent; and for good cause shown;

      IT IS ORDERED, ADJUDGED AND DECREED:

      1.     This Court has jurisdiction over the parties and the subject matter of this action ~~and will retain jurisdiction over the enforcement of the Settlement Agreement, if necessary~~.

      2.     HMY, together with its officers, agents, servants, employees, attorneys and those persons in active concert with them, or any of them, are hereby permanently enjoined and restrained from advertising, promoting, marketing, selling, offering for sale, distributing, disposing of, leasing, transferring, displaying, reproducing, developing, advertising or promoting any masks or other products that: (i) incorporate the designs that are the subject of the copyright

registrations identified in Exhibits 3 through 8 of Plaintiff's February 24, 2021 Second Amended Complaint, Dkt. 32, or any substantially similar variations thereof; or (ii) are sold in packaging or other trade dress that is the same as or confusingly similar to the packaging depicted in Exhibit 2 to the Second Amended Complaint.

3. Entry of this Final Judgment shall on consent dismiss with prejudice the claims contained in the Second Amended Complaint. Each party shall bear its own costs and fees.

4. This Judgment may be signed in counterparts and may be obtained and exchanged by electronic mail.

Dated: May 24, 2021

_____
John P. Bostany
THE BOSTANY LAW FIRM, PLLC
3 World Financial Center- 24th Fl
New York, New York 10281
*Attorneys for Plaintiff*

_____
Bruce R. Ewing
Dorsey & Whitney, LLP
51 West 52nd Street
New York, New York 10019
*Attorneys for Defendant*

SO ORDERED

Dated: May _____, 2021
New York, New York

Date: June 10, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge